**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT


No. 07-2109


WAYNE RALEY,

                    Plaintiff - Appellant,

          v.


SEAN E. MOORE, Officer; C.D. EILERT, Detective; JAMES RIGNEY,
Magistrate; DANIEL JONES, JR., Magistrate,

                    Defendants - Appellees.



Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    Robert E. Payne, Senior
District Judge.   (3:07-cv-00556-REP)


Submitted:  March 25, 2008          Decided:  March 27, 2008


Before MOTZ, KING, and GREGORY, Circuit Judges.


Dismissed by unpublished per curiam opinion.


Wayne Raley, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Raley seeks to appeal the district court's order dismissing certain defendants in his civil suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Raley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED